[Crim. No. 3681.   Second Dist., Div. Three.   July 23, 1943.]

THE PEOPLE, Respondent, v. EUGENE JACKSON, Appellant.

Eugene Jackson in pro. per., for Appellant.

Robert W. Kenny, Attorney General, and Frank Richards, Deputy Attorney General, for Respondent.

THE COURT.—The transcripts on appeal herein were filed January 19, 1943, but no brief has been filed by appellant. The appeal was on the calendar on May 19, 1943, but no argument or appearance was made in behalf of appellant.

Therefore, pursuant to the provisions of section 1253 of the Penal Code, the judgment and the order denying a new trial are hereby affirmed.

Shinn, Acting P. J., Wood (Parker), J., and Shaw, J. pro tem.